**STATE of Missouri, Respondent,**

v.

**Brian L. HAYWARD, Appellant.**

**No. WD 40023.**

Missouri Court of Appeals, Western District.

July 26, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 30, 1988.

Application to Transfer Denied Oct. 18, 1988.

Thomas J. Marshall, Moberly, for appellant.

Michael L. Midyett, Keytesvile, for respondent.

Before KENNEDY, C.J., and LOWENSTEIN and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from conviction for driving while license was revoked, § 302.321, RSMo 1986, and sentence of 15 days in jail.

Judgment affirmed. Rule 30.25(b).